Decided September 17, 1992

RICHARD A. MATZA *v.* JANE W. MATZA

The defendant's petition for certification for appeal from the Appellate Court, 27 Conn. App. 769, is granted, limited to the following issues:

"1. Having found that the trial court improperly denied the defendant a hearing before granting her lawyer's motion to withdraw in the midst of trial, should the Appellate Court have simply ordered a new trial?

"2. In a dissolution case, is a challenge to a ruling moot merely because the appellant does not make a general attack on the financial awards?

"3. May the trial court make an adverse inference against a defendant who rests at the end of the plaintiff's case without testifying?

"4. Should the Appellate Court have ruled on the mistrial issue?"

*Wesley W. Horton* and *Alexandra Davis,* in support of the petition.

*C. Ian McLachlan,* in opposition.

Decided September 17, 1992